SYDNEY COOPER, as Trustee in Bankruptcy of BENJAMIN F. BARNETT and JESSIE BARNETT, Respondent, *v.* GEORGIA E. CANTRELL, Appellant, et al., Defendants.

Argued May 24, 1944; decided July 19, 1944.

*Warner Pyne, Monroe J. Cahn* and *Francis Preston* for appellant.

*Laurence Sovik* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.